# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

David Dyer,

      Petitioner,

          v.                               Case No.  1:09cv285

Warden, Ross Correctional Institution        Judge Michael R. Barrett

      Respondent.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on June 14, 2010 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  <u>See United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. 636, this Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**   The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** with prejudice.

A certificate of appealability should not issue with respect to petitioner's claims on Grounds One, Two, Three, and Four consistent with the opinion of the Magistrate Judge in his Report and Recommendation (Doc. 8).  With respect to any application by petitioner to proceed on appeal in *forma pauperis,* the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting this Report and Recommendation would not be taken

in "good faith," and therefore **DENIES** petitioner leave to appeal in *forma pauperis* upon a showing of financial necessity.  *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

      **IT IS SO ORDERED.**


                                *S/Michael R. Barrett*
                               Michael R. Barrett
                               United States District Judge